317 So.2d 337

In re Thomas William YELTON

v.

STATE.

Ex parte Thomas William Yelton.

SC 1067.

Supreme Court of Alabama.

April 24, 1975.

David T. Hyde, Jr., Evergreen, for petitioner.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the state.

JONES, Justice.

Petition of Thomas William Yelton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Yelton v. State*, 55 Ala.App. 491, Ala., 317 So.2d 335.

Writ of certiorari quashed as being improvidently granted; petition denied.

HEFLIN, C. J., and MERRILL, BLOODWORTH, MADDOX and SHORES, JJ., concur.